# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1921

_____

United States of America,

*Plaintiff - Appellee*,

v.

Claudia Rodriguez-Larrain, also known as Claudia Solomon,

*Defendant - Appellant*.

_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville

_____

Submitted: September 22, 2015
Filed: October 2, 2015
[Unpublished]

_____

Before SMITH, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Claudia Rodriguez-Larrain directly appeals after she pled guilty to a loan-fraud offense, and the district court[1] sentenced her to a term of imprisonment below the

---

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.

calculated Guidelines range followed by a term of supervised release at the top of the advisory and statutory ranges.  Her counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), arguing that the term of supervised release is substantively unreasonable.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence.  *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc); *see also Gall v. United States*, 552 U.S. 38, 51 (2007).  Accordingly, we affirm the judgment of the district court.  We also grant counsel's motion to withdraw.

_____